# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131128

SHELLY BEYER, BONNIE RIOS, JOE RIOS,
and GERALD SZCZEPANIAK,
       Plaintiffs-Appellants,

v

VERIZON NORTH, INC. and CONTEL OF THE
SOUTH, INC., d/b/a GTE SYSTEMS OF
MICHIGAN,
       Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131128
COA: 258504
Ingham CC: 03-000433-CZ

On order of the Court, the application for leave to appeal the March 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023